**UNITED STATE DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| KELLY DILLON, | ) | |
| | ) | |
| Plaintiff, | ) | 26 Civ. 03831 (VEC) |
| | ) | |
| vs. | ) | **ORDER FOR ADMISSION** |
| | ) | ***PRO HAC VICE*** |
| AUDACY SERVICES, LLC, and | ) | |
| AUDACY NEW YORK, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

The motion of Tamara N. Holder, Esquire for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Illinois, and that her contact information is as follows:

Tamara N. Holder
Tamara Holder Law
917 W. Washington Blvd., Suite 222
Chicago, IL 60607
T: (312) 440-9000
tamara@tamaraholder.com

Applicant having requested admission *Pro Hac Vice* for all purposes as counsel for Plaintiff, Kelly Dillon, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-entitled case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 23, 2026

Valerie Caproni

United States District Judge